FILED: September 26, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4014 (L)
(1:12-cr-00214-CCE-3)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSE MANUEL BAHENA

    Defendant - Appellant

_____

No. 13-4016
(1:12-cr-00214-CCE-2)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSE DE JESUS VILLA BELTRAN

    Defendant – Appellant

_____

## JUDGMENT
_____

In accordance with the decision of this court, the judgments of the district court are affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK