FILED: October 18, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4014 (L)
(1:12-cr-00214-CCE-3)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

JOSE MANUEL BAHENA

   Defendant - Appellant

_____

No. 13-4016
(1:12-cr-00214-CCE-2)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

JOSE DE JESUS VILLA BELTRAN

   Defendant - Appellant

_____

## M A N D A T E
_____

The judgment of this court, entered September 26, 2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*